IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MOSES ISHAM AND KAYCE ISHAM,<br><br>            Plaintiffs,<br><br>v.<br><br>3M COMPANY, doing business as CAPITAL SAFETY USA and/or DBI SALA, and/or DB INDUSTRIES, INC., a foreign corporation,<br><br>            Defendant. | Case No. CIV-16-881-HE |

## CORPORATE DISCLOSURE STATEMENT

NOW INTO COURT, through undersigned counsel, Defendant 3M Company is incorporated in the State of Delaware and its principal place of business is located at 3M Center, Saint Paul, Minnesota 55144. No publicly held corporation owns 10% or more of 3M Company stock.

                                                   Respectfully submitted,

                                                   /s/ Murray E. Abowitz
                                                   Murray E. Abowitz, OBA # 00117
                                                   DOERNER, SAUNDERS,
                                                     DANIEL & ANDERSON, LLP
                                                   105 North Hudson, Ste. 1000
                                                   Oklahoma City, Oklahoma 73101
                                                   Telephone:  (405) 319-3500
                                                   Facsimile:   (405) 319-3509
                                                   mabowitz@dsda.com

*Attorney for 3M COMPANY, doing business as CAPITAL SAFETY USA and/or DBI SALA, and/or DB INDUSTRIES, INC., a foreign corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of September, 2016, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Clark O. Brewster
Montgomery L. Lair
BREWSTER & DE ANGELIS, PLLC
2617 East 21st Street
Tulsa, Oklahoma 74114
*Attorneys for Plaintiffs*

/s/ Murray E. Abowitz